IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-4002-14-CR-C-NKL |
| ) | |
| CHRISTOPHER LEE LOETHEN, ) | |
| ) | |
| Defendant. ) | |

ORDER

On June 19, 2007, United States Magistrate Judge William A. Knox recommended that the Court enter an Order denying Christopher Lee Loethen's ("Loethen") motion for severance because Loethen has absconded. *See* Report and Recommendation [Doc. # 468]. The Court concurs. *See United States v. Vasquez-Gutierrez*, 335 F.3d 731, 732 (8th Cir. 2003) ("a defendant that has voluntarily fled--and remains a fugitive--is not entitled to appellate relief") (citing *Molinaro v. New Jersey*, 396 U.S. 365, 366 (1970). Judge Knox's Report and Recommendation of June 19, 2007 [Doc. # 468], is therefore ADOPTED.

IT IS SO ORDERED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: August 3, 2007
Jefferson City, Missouri

1